■ JAMES BYRNES et al., Appellants, v CENTRAL BROOKLYN MEDICAL GROUP, Respondent, et al., Defendants. [647 NYS2d 981]

—Appeal by the plaintiffs from stated portions of an order of the Supreme Court, Kings County (Levine, J.), dated October 11, 1995.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Levine at the Supreme Court. O'Brien, J. P., Joy, Friedmann and Krausman, JJ., concur.